UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CRUZ GONZALES, | 1:12-cv-01536 AWI MJS HC |
| Petitioner, | ORDER FOR STATUS REPORT REGARDING EXHAUSTION OF REMEDIES AND MOTION TO STAY PETITION |
| v. | 30-DAY DEADLINE |
| TIM VIRGA, Warden, | (Doc. 2) |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed the petition on September 19, 2012. Concurrently with the petition Petitioner filed a motion to stay the petition to exhaust state remedies. (Mot. to Stay, ECF No. 2.)

The California Courts website shows that the California Supreme Court denied Petitioner's petition on April 10, 2013. (See Cal. Sup. Ct. Case No. S208388.) Accordingly, it is unclear if a stay is necessary and whether the Court still needs to address Petitioner's motion to stay.

Based on the following, the Court hereby ORDERS Petitioner file a status report stating whether the claims of his petition are exhausted and whether he wishes to withdraw the

-1-

pending motion to stay. The status report is due within thirty (30) days of the date of service of this order.

Petitioner is forewarned that failure to follow this order will result in dismissal of the petition pursuant to Local Rule 110.

IT IS SO ORDERED.

Dated:   April 18, 2013            /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE