UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE CRUZ GONZALES, | ) | 1:12-cv-01536 AWI MJS HC |
| Petitioner, | ) ) | ORDER DENYING MOTION TO STAY AS MOOT |
| v. | ) ) | [Doc. 2] |
| TIM VIRGA, | ) ) | |
| Respondent. | ) ) | |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On September 19, 2012, Petitioner filed the instant petition for writ of habeas corpus in this Court. (Pet., ECF No. 1.) On the same date Petitioner filed a motion to stay the proceedings. (Mot. to Stay, ECF No. 2.) The Court did not rule on the motion to stay. Instead, on April 19, 2013, the Court ordered Petitioner to file a status report regarding whether Petitioner still desired the action to be stayed. (ECF No. 7.)

On April 22, 2013, Petitioner filed a notice of exhaustion of state remedies and an application to lift the stay. (ECF No. 8.) Based on Petitioner's intent for the matter to remain active, the Court hereby orders Petitioner's motion to stay to be WITHDRAWN. The Court shall, in a separate order, review the petition and order Respondent to answer if and as appropriate.

IT IS SO ORDERED.

Dated:   May 6, 2013         /s/ *Michael J. Seng*
                             UNITED STATES MAGISTRATE JUDGE

-1-